UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHUNG CHA HEDRICH,<br><br>           Plaintiff,<br><br>v.<br><br>MI RA KANG,<br><br>           Defendant. | 2:12-CV-01955-PMP-PAL<br><br>ORDER |

Presently before the Court is Plaintiff Chung Cha Hedrich's Complaint for Breach of Contract (Doc. #1), filed on November 13, 2012. In the Complaint, Plaintiff alleges Defendant Mi Ra Kang breached the terms of a promissory note, resulting in damages in the amount of $13,800.[1]

Federal district courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Federal district courts have original jurisdiction over civil actions in diversity cases "where the matter in controversy exceeds the sum or value of $75,000" and where the matter is between "citizens of different States." 28 U.S.C. § 1332(a).

Here, Plaintiff's Complaint only alleges a claim for breach of contract, a state law claim, which does not raise a federal question. In the absence of a federal question, the Court would have jurisdiction over Plaintiff's Complaint only if the requirements for diversity jurisdiction were satisfied. Given that (1) the amount in controversy does not exceed $75,000; and (2) the Complaint does not contain jurisdictional allegations that

---

[1] Given that the Complaint's caption references "District Court, Clark County, Nevada," the Court notes that Plaintiff may have intended to file the Complaint in Nevada state court.

would allow the Court to evaluate whether there is complete diversity of citizenship, the Court lacks jurisdiction over this action.

        IT IS THEREFORE ORDERED that Plaintiff Chung Cha Hedrich's Complaint for Breach of Contract (Doc. #1) is hereby DISMISSED for lack of subject matter jurisdiction.

DATED:  December 13, 2012

                                                                            _____
PHILIP M. PRO
United States District Judge